IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS MORALES, | ) | No. C 13-01075 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| v. | ) ) | |
| CRIBBS, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding <u>pro se</u>, filed a complaint pursuant to 42 U.S.C. § 1983 against Kern Valley State Prison officials. Plaintiff claims that Defendants are retaliating against him for exercising his right to file inmate grievances, violating his First Amendment rights. Because the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. <u>See</u> 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED:     4/22/2013

EDWARD J. DAVILA
United States District Judge

Order of Transfer
01075Morales_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS MORALES,

        Plaintiff,

  v.

KAREN CRIBBS, et al.,

        Defendants.
                                              /

Case Number: CV13-01075 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   4/23/2013  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Morales P-63392
Kern Valley State Prison
P. O. Box 5104
Delano, CA 93216

Dated:   4/23/2013

                                                    Richard W. Wieking, Clerk
                                                  /s/ By: Elizabeth Garcia, Deputy Clerk