# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELUIS MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAREN CRIBBS, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00591 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S<br>IN FORMA PAUPERIS STATUS<br>ON APPEAL<br><br>(Document 19) |

　　Plaintiff Joseluis Morales ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 8, 2013. The Court dismissed Plaintiff's complaint without leave to amend on May 23, 2014. Plaintiff filed a notice of appeal on July 31, 2014.

　　On August 5, 2014, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith. 28 U.S.C. § 1915(a)(3).

　　Plaintiff's appeal is not frivolous, nor is it taken in bad faith. Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

IT IS SO ORDERED.

　　Dated:　**August 6, 2014**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1